Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 93 CR 20024 - 3 | **DATE** | 12/6/2002 |
| **CASE TITLE** | U.S.A. vs. SAMUEL K. TIDWELL | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ General Rule 21  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, Tidwell's motion for resentencing is denied.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | Document Number |
| X | Notices mailed by judge's staff. | | DEC 06 2002 | 1948 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| /SEC | courtroom deputy's initials | Date/time received in central Clerk's Office | date mailed notice 12-6-02 mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Defendant Samuel K. Tidwell is a federal prisoner sentenced to life imprisonment for conspiracy to distribute and possession with intent to distribute cocaine and cocaine base. He also was sentenced to two concurrent 40-year terms of imprisonment for distribution of cocaine base and a consecutive 5-year term of imprisonment for carrying a firearm in relation to a drug trafficking crime. He has filed a motion for resentencing pursuant to 18 U.S.C. § 3582(c)(2) based upon the contention that U.S.S.G. Amendment 599 (effective November 1, 2000) should be applied retroactively to reduce his life sentence because of duplicative sentences for the same offense (conspiracy and carrying a firearm in relation to a drug trafficking offense) and to prevent disparity in sentencing. This amendment, however, is designed so that a defendant does not receive a firearms enhancement to the offense level of his underlying offense and then receive a mandatory consecutive sentence for the same firearm under Guideline 2K2.4. Here, there was no enhancement for a specific offense characteristic for possession of a firearm and the court expressly said so. In this respect, Amendment 599 is inapplicable to Tidwell. He also argues, nevertheless, that this amendment is broad enough to apply to unwarranted disparities and "gun bumps" as well and points out what he perceives to be a disparity in his sentence and that of co-defendant Montie Russell. This court does not believe the amendment can be given this expansive interpretation to allow review under § 3582(c)(2) for a disparity claim in sentencing, nor is a claim of sentencing disparity among co-defendants a valid basis to challenge a guideline sentence otherwise correctly calculated. See United States v. Simmons, 218 F.3d 692, 696 (7th Cir. 2000), cert. denied, 531 U.S. 1097 (2001). The motion for resentencing is denied.