# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 93 CR 20024 - 3 | **DATE** | 1/9/2004 |
| **CASE TITLE** | U.S.A. vs. SAMUEL K. TIDWELL | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] For the reasons stated on the reverse Memorandum Opinion and Order, the court denies the motion for relief under §3582(c)(2).

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JAN 09 2004 | 19777 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 1-12-04 | |
| /SEC | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Samuel K. Tidwell, a federal prisoner, has filed a request for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2). The government has filed a response detailing the procedural history of Tidwell's conviction, direct appeal, habeas petitions under § 2255 and related appeals, and three prior motions by Tidwell pursuant to § 3582(c)(2). Tidwell filed a reply to the government's response. The court denies the motion for relief under § 3582(c)(2). Section 3582(c)(2) does not provide for unlimited motions for relief based on the same amendment. Amendment 505 of the sentencing guidelines was the source of Tidwell's first §3582(c)(2) motion which was denied by this court and ultimately affirmed on appeal. See United States v. Tidwell, 178 F.3d 946 (7th Cir. 1999). That amendment is relied on by Tidwell in this later motion, and the court concludes it has no statutory authority to again review Tidwell's original sentence under § 3582(c)(2). The court understands Tidwell's frustration with a life sentence and acknowledges his rehabilitative efforts while serving his sentence. Nevertheless, there is no basis in § 3582(c)(2) to again review the sentence.