Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 93 CR 20024 - 3 | **DATE** | 8/23/2004 |
| **CASE TITLE** | United States vs. Tidwell | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____ .

(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____ .

(4) ☐ Ruling/Hearing on _____ set for _____ at _____ .

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .

(7) ☐ Trial[set for/re-set for] on _____ at _____ .

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____ .

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).

(10) ■ [Other docket entry]   For the reasons stated on the reverse memorandum opinion and order, the court denies Tidwell's motion pursuant to 18 U.S.C. § 3582(c)(2).

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | |
|---|---|---|---|---|
| | No notices required. | | number of notices | **Document Number** |
| ✓ | Notices mailed by judge's staff. | | AUG 2 4 2004 | |
| | Notified counsel by telephone. | | date docketed | 1995 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 8-23-04 date mailed notice | |
| LC | courtroom deputy's initials | 2004 AUG 23 PM 4:15 U.S. DISTRICT COURT Date/time received in central Clerk's Office | mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Samuel Tidwell, a federal prisoner, has filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and U.S.S.G. §Amendment 951. Amendment 951 does not apply to Tidwell as the subject matter of the amendment relates to guideline § 2D1.2– a section not applied in Tidwell's sentencing.

While Tidwell's motion refers to Blakely v. Washington, 124 S. Ct. 2531 (2004), he expressly states in his motion that he is not "filing this motion because of a constitutional claim" and is only referring to Blakely for "clarifying" purposes. To the extent such references to Blakely could be read as a separate claim, such a claim could only be brought under 28 U.S.C. § 2255, which would be improper as a successive § 2255 motion.

For the foregoing reasons, the court denies Tidwell's motion in its entirety.